IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-71-FDW-DCK

| | |
|---|---|
| ROSE MARIE PATTERSON, | ) |
| Plaintiff, | ) |
| v. | )    **ORDER** |
| BAE SYSTEMS LAND & ARMAMENTS L.P. and U.S. LOGISTICS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Joint And Unopposed Motion To Transfer Venue And To Extend Time For Answering Complaint" (Document No. 7) filed March 4, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Joint And Unopposed Motion To Transfer Venue And To Extend Time For Answering Complaint" (Document No. 7) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall transfer this case to the United States District Court for the Eastern District of North Carolina, Western Division.

**IT IS FURTHER ORDERED** that Defendants shall have up to and including **March 21, 2011** in which to respond to Plaintiff's Complaint.

Signed: March 8, 2011

David C. Keesler
United States Magistrate Judge